IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

KERRY CHAPPELL,                )
                               )
        Plaintiff,             )
                               )      CIVIL ACTION NO.
        v.                     )        2:16cv140-MHT
                               )            (WO)
TEXAS STEAKHOUSE OF            )
ALABAMA, INC; et al.,          )
                               )
        Defendants.            )

OPINION AND ORDER

Pending before the court is the recommendation of the United States Magistrate Judge that the plaintiff Kerry Chappell's motion to remand be denied and that movant Colony Specialty Insurance Company's motion to realign be granted.  No objections have been filed. Upon an independent and de novo review of the record and upon consideration of the recommendation, it is the ORDER, JUDGMENT and DECREE of the court that:

1.   The recommendation of the magistrate judge (doc. no. 21) is adopted.

2. Plaintiff Kerry Chappell's motion to remand (doc. no. 13) is denied.

3. Movant Colony Specialty Insurance Company's motion to realign (doc. no. 3) is granted.

4. The clerk of court is to re-designate Texas Steakhouse of Alabama, Inc., and B.A.T.S. Security as plaintiffs and Colony Specialty Insurance Company as a defendant. Plaintiff Chappell is to remain a plaintiff.

This case is referred back to the magistrate judge for further proceedings.

DONE, this the 16th day of June, 2016.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE