IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KERRY CHAPPELL, et al.,   )<br>                             )<br>    Plaintiffs,            )<br>                             )<br>    v.                       )<br>                             )<br>COLONY SPECIALTY INSURANCE )<br>COMPANY,                     )<br>                             )<br>    Defendant.               ) | CIVIL ACTION NO.<br>2:16cv140-MHT<br>(WO) |

OPINION AND ORDER

Pending before the court is the recommendation of the United States Magistrate Judge that the joint motion to substitute Colony Insurance Company for defendant Colony Specialty Insurance Company be granted and that all claims against Colony Specialty Insurance Company be dismissed. There are no objections to the recommendation. Upon and independent and de novo review of the record, it is ORDERED that:

(1) The recommendation of the magistrate judge (doc. no. 34) is adopted.

(2) The joint motion to substitute (doc. no. 31) is granted, and Colony Insurance Company is substituted for Colony Specialty Insurance Company as the defendant in this action.

(3) All claims against Colony Specialty Insurance Company are dismissed without prejudice and with no costs taxed, and Colony Specialty Insurance Company is terminated as a party to this action.

This case is referred back to the magistrate judge for further proceedings.

DONE, this the 28th day of November, 2016.

                                              /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**