IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KERRY CHAPPELL, et al.,      )<br>                              )<br>    Plaintiffs,             )<br>                              )<br>    v.                        )<br>                              )<br>COLONY SPECIALTY INSURANCE )<br>COMPANY,                      )<br>                              )<br>    Defendant.                ) | CIVIL ACTION NO.<br>2:16cv140-MHT<br>(WO) |

OPINION

Pending before the court is the recommendation of the United States Magistrate Judge that all claims asserted by plaintiffs Texas Steakhouse of Alabama, Inc., d/b/a/ Club O and B.A.T.S. Security, Inc. be dismissed with prejudice for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of December, 2016.

                                    /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**