IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KERRY CHAPPELL, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:16cv140-MHT |
| ) | (WO) |
| COLONY SPECIALTY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
|    Defendant. ) | |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 35) is adopted.

(2) All claims asserted by plaintiffs Texas Steakhouse of Alabama, Inc., d/b/a/ Club O and B.A.T.S. Security, Inc. are dismissed with prejudice, and said plaintiffs are terminated as parties to this action.

(3) No costs are taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed, and is referred back to the magistrate judge for further proceedings.**

**DONE, this the 8th day of December, 2016.**

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**