IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KERRY CHAPPELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv140-MHT |
| | ) | (WO) |
| COLONY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff filed this lawsuit seeking to garnish the proceeds of an insurance policy issued by defendant; the policy had been issued to a restaurant where plaintiff sustained injuries in a shooting. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of September, 2017.

                                  /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**